merit, and accordingly the judgment is affirmed.

PREWITT, C.J., and MAUS and CROW, JJ., concur.

**In the Interest of G.J., a minor,**

**M.C.J., Plaintiff-Respondent,**

v.

**J.J., Defendant-Appellant.**

**No. 50645.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 3, 1986.

Nadine V. Nunn, St. Louis, for defendant-appellant.

Barbara J. Gilchrist, St. Louis, for plaintiff-respondent.

### ORDER

PER CURIAM.

Father appeals from the juvenile court's modification of child custody. We affirm. No jurisprudential purpose would be served by an extended opinion. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment in accordance with Rule 84.-16(b).